**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.  25-80002 (SGJ) |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*[1] | (HCo Debtors' and PCo Debtors' Cases Jointly Administered) |
| Debtors. | |
| | (Joint Administration of TopCo Debtors' Cases Requested) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE TOPCO DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

On January 11, 2025 (the "HCo Petition Date"), Prospect Medical Holdings, Inc. and its current hospital-related debtor affiliates in the above-captioned chapter 11 cases (collectively, the "HCo Debtors") commenced voluntary cases (the "HCo Chapter 11 Cases") under chapter 11 of title 11, United States Code, §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court").

On July 7, 2025 (the "PCo Petition Date"), PHP Holdings, LLC ("PHPH") and its physician-related debtor affiliates (collectively, the "PCo Debtors") commenced voluntary cases (the "PCo Chapter 11 Cases") under chapter 11 of the Bankruptcy Code in the Court.

On July 9, 2025, the Court entered the *Order (I) Directing the Joint Administration of the PCo Debtors' Chapter 11 Cases with the HCo Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 2473].

On September 19, 2025 (the "TopCo Petition Date"), Chamber Inc., Ivy Holdings Inc., and Ivy Intermediate Holding Inc., as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "TopCo Debtors," and together with the HCo Debtors and the PCo Debtors, the "Debtors") commenced voluntary cases (the "TopCo Chapter 11 Cases" and together with the HCo Chapter 11 Cases and the PCo Chapter 11 Cases, collectively, the "Chapter 11 Cases") under chapter 11 of the Bankruptcy Code in the Court. On the TopCo Petition Date, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Directing the Joint*

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect.  The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

*Administration of the TopCo Debtors' Chapter 11 Cases With the HCo Debtors' and PCo Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 3185].

The Schedules of Assets and Liabilities (the "TopCo Schedules") and Statements of Financial Affairs (the "TopCo Statements," and together with the TopCo Schedules, the "TopCo Schedules and Statements") were prepared pursuant to section 521 of the Bankruptcy Code and rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the TopCo Debtors with unaudited information available as of the TopCo Petition Date.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the TopCo Debtors' Schedules and Statements of Financial Affairs* (these "TopCo Global Notes") are incorporated by reference in, and comprise an integral part of, each TopCo Debtor's respective TopCo Schedules and Statements, and should be referred to and considered in connection with any review of the TopCo Schedules and Statements.

In preparing the TopCo Schedules and Statements, the TopCo Debtors relied on financial data derived from their books and records that was available at the time of such preparation. The TopCo Debtors have historically prepared consolidated monthly financial statements and have not historically prepared standalone monthly financial statements. Unlike the consolidated financial statements, the TopCo Schedules and Statements generally reflect the assets and liabilities of each TopCo Debtor on a nonconsolidated basis. Accordingly, the amounts listed in the TopCo Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically by the TopCo Debtors. The TopCo Debtors, and their agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The TopCo Debtors reserve their rights to amend and supplement the TopCo Schedules and Statements as may be necessary or appropriate. For the avoidance of doubt, the TopCo Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the TopCo Debtors, or their agents, attorneys, and advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the TopCo Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the TopCo Debtors or their agents, attorneys, or advisors are advised of the possibility of such damages.

Given, among other things, the uncertainty surrounding the valuation and nature of certain assets and liabilities, to the extent that a TopCo Debtor shows more assets than liabilities, this is not an admission that such TopCo Debtor was solvent on the TopCo Petition Date or at any time prior to the TopCo Petition Date. Likewise, to the extent that a TopCo Debtor shows more liabilities than assets, it is not an admission that such TopCo Debtor was insolvent on the TopCo Petition Date or any time prior to the TopCo Petition Date.

Paul Rundell has signed each set of the TopCo Schedules and Statements.  Mr. Rundell serves as the Chief Restructuring Officer ("CRO") of the Debtors, and he is an authorized signatory for each of the TopCo Debtors in these Chapter 11 Cases.  In reviewing and signing the Schedules and Statements, Mr. Rundell has necessarily relied upon the efforts, statements, advice, and representations of the TopCo Debtors and their advisors (and their proposed advisors).  Mr. Rundell has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

### TopCo Global Notes and Overview of Methodology

1.   **Description of the Cases**.  Commencing on the TopCo Petition Date, each of the TopCo Debtors commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The TopCo Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On January 29, 2025, the United States Trustee for the Northern District of Texas (the "U.S. Trustee") appointed an official committee of unsecured creditors [Docket No. 295] in the HCo Chapter 11 Cases.  On January 30, 2025, the U.S. Trustee appointed Suzanne Koenig as the patient care ombudsman [Docket No. 325].  No trustee or examiner has been appointed in these Chapter 11 Cases.

The Debtors inclusive of the TopCo Debtors, continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The HCo Chapter 11 Cases and the PCo Chapter 11 Cases have been—and the TopCo Chapter 11 Cases are proposed to be—consolidated for procedural purposes only and are—or are proposed to be—jointly administered under Case No. 25-80002 (SGJ).

2.   **Reservations and Limitations.**  Reasonable efforts have been made to prepare and file complete and accurate TopCo Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The TopCo Debtors reserve all rights to amend and supplement the TopCo Schedules and Statements as may be necessary or appropriate.  Nothing contained in the TopCo Schedules and Statements or these TopCo Global Notes constitutes a waiver of any of the TopCo Debtors' rights or an admission of any kind with respect to these Chapter 11 Cases, including, but not limited to, any rights or claims of the TopCo Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the TopCo Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)   **No Admission.**  Nothing contained in the TopCo Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the TopCo Debtors, any assertion made therein or herein, or a waiver of the TopCo Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b)     **Recharacterization.**    Notwithstanding that the TopCo Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the TopCo Schedules and Statements, the TopCo Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The TopCo Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the TopCo Schedules and Statements at a later time as is necessary and appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the TopCo Petition Date and remain executory and unexpired post-petition.  Disclosure of information in one or more TopCo Schedule, TopCo Statement, or one or more exhibit or attachment thereto, even if incorrectly placed, shall be deemed to be disclosed in the correct TopCo Schedule, TopCo Statement, exhibit, or attachment.

(c)     **Classifications.**  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the TopCo Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the TopCo Debtors' rights to recharacterize or reclassify such claim or contract or to setoff such claim.

(d)     **Claims Description.**  Any failure to designate a claim on the TopCo Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the TopCo Debtors that such amount is not "disputed," "contingent," or "unliquidated."  Each TopCo Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective TopCo Schedules and Statements or described in these TopCo Global Notes on any grounds, including, without limitation, liability, or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, or priority of any claim.  Moreover, listing a claim does not constitute an admission of liability by the TopCo Debtors against which the claim is listed or by any of the TopCo Debtors.  The TopCo Debtors reserve all rights to amend their TopCo Schedules and Statements and TopCo Global Notes as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e)     **Estimates and Assumptions.**  The preparation of the TopCo Schedules and Statements required the TopCo Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the TopCo Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

(f)     **Causes of Action.**  Despite reasonable efforts, the TopCo Debtors may not have identified all current and potential causes of action the TopCo Debtors may have against third parties in their respective TopCo Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy

Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The TopCo Debtors reserve all rights with respect to any causes of action, and nothing in these TopCo Global Notes or the TopCo Schedules and Statements should be construed as a waiver of any such causes of action.

(g)     **Intellectual Property Rights.**   The TopCo Debtors have no included any intellectual property in the TopCo Schedules and Statements. Exclusion of intellectual property from the Schedules and Statements should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The TopCo Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

(h)     **Executory Contracts and Unexpired Leases.**   Although the TopCo Debtors made diligent efforts to identify contracts and unexpired leases as executory within the scope of section 365 of the Bankruptcy Code and to attribute an executory contract to its rightful TopCo Debtors, in certain instances, the TopCo Debtors may have inadvertently failed to do so due to the complexity and size of the TopCo Debtors' businesses. Accordingly, the TopCo Debtors reserve all rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, as well as the named parties to any and all executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of these Chapter 11 Cases.

(i)     **Insiders.**   In the circumstance where the TopCo Schedules and Statements require information regarding "insiders," the Debtors have responded with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods. Such individuals may no longer serve in such capacities. As to each TopCo Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, may have a controlling interest in, or may exercise sufficient authority over, the Debtor so as to direct corporate policy and the disposition of corporate assets.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the TopCo Schedules and Statements has been included for informational purposes only and such information may not be used for: (i) the purposes of determining (A) control of the Debtors; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtors; or (D) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (ii) any other purpose.

(j)    **Umbrella or Master Agreements.**  Contracts listed in the TopCo Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the TopCo Debtors.  Where relevant, such agreements may have been listed in the TopCo Schedules and Statements of only the TopCo Debtor(s) that signed the original umbrella or master agreement.  Other TopCo Debtors, however, may be liable together with such TopCo Debtor(s) on account of such agreements.  The TopCo Debtors reserve all rights to amend the TopCo Schedules and Statements to reflect changes regarding the liability of the TopCo Debtors with respect to such agreements, if appropriate.  Additionally, by listing an umbrella or master agreement in these TopCo Schedules and Statements, the TopCo Debtors make no representation as to the severability of such agreements and their related contracts and leases, including any subleases, and the TopCo Debtors reserve any and all rights with respect to any arguments or claims it may have in regard to the severability of such agreements.

(k)    **Other Paid Claims.**  To the extent the Debtors have reached or do reach any postpetition settlement with a creditor, the terms of such settlement will prevail, supersede amounts listed in the TopCo Schedules and Statements, and shall be enforceable by all parties, subject to Court approval.  To the extent the Debtors pay any of the claims listed in the TopCo Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

3.    **Description of Cases and "As Of" Information Date.**  Beginning on the TopCo Petition Date, each of the TopCo Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Court.  The TopCo Debtors continue to maintain their business as debtors in possession (although they do not have ongoing operations). The TopCo Debtors have sought the extension of certain procedural and administrative relief granted to the HCo Debtors and the PCo Debtors through the *Debtors' Motion For Entry of an Order (I) Applying Certain Orders in the HCo Debtors' and the PCo Debtors' Chapter 11 Cases to the Topco Debtors and (II) Granting Related Relief* [Docket No. 3186] (the "<u>TopCo Joinder Motion</u>"), including: (i) claims agent retention; (ii) complex chapter 11 case treatment; (iii) creditor matrix and noticing procedures; (iv) establishment of bar dates; and (v) retention of certain bankruptcy professionals.  The information provided herein, except as otherwise noted, is reported as of the TopCo Petition Date of each respective TopCo Debtor, as appropriate.

4.    **Confidential or Sensitive Information**.  There may be instances in which certain information in the TopCo Schedules and Statements has been intentionally redacted due to, among other things, concerns for the privacy of an individual or concerns about the confidential or commercially sensitive nature of certain information. Any alterations or redactions in the TopCo Schedules and Statements are limited only to what the TopCo Debtors believe is necessary to protect the TopCo Debtors or the applicable third-party, and the TopCo Debtors have provided interested parties with sufficient information to discern the nature of the listing. As set forth in the *Order (I) Authorizing the Debtors to*

*File (A) A Consolidated Creditor Matrix and (B) A Consolidated List of the 30 Largest Unsecured Creditors; (II) Authorizing (A) The Debtors to Redact Certain Personally Identifiable Information, and (B) The Implementation of Procedures to Protect Confidential Patient Information; (III) Establishing a Complex Service List; (IV) Approving Form and Manner of Notice of Commencement; and (V) Granting Related Relief* [Docket No. 123] (the "Creditor Matrix Order"), as made applicable to the PCo Debtors pursuant to the *Order (I) Applying Certain Orders in the HCo Debtors' Chapter 11 Cases to the PCo Debtors and (II) Granting Related Relief* [Docket No. 2476], and as proposed to be extended to the TopCo Debtors by the TopCo Joinder Motion, the HCo and PCo Debtors may redact personally identifiable information such as names and addresses of current and former employees, contract workers, vendors, suppliers, equity holders and other individuals. As described above, the TopCo Debtors have sought extension of such relief to the TopCo Debtors through the TopCo Joinder Motion.

5.   **Methodology.**

(a)   **Basis of Presentation.**   The TopCo Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they intended to be fully reconciled to the financial statements of each TopCo Debtor.  The TopCo Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The TopCo Schedules and Statements reflect the TopCo Debtors' reasonable efforts to report the assets and liabilities of each TopCo Debtor on an unconsolidated basis.

(b)   **Duplication.**   Certain of the TopCo Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the TopCo Statements and Schedules.  To the extent these disclosures would be duplicative, the TopCo Debtors have endeavored to only list such assets, liabilities, and prepetition payments once.

(c)   **Net Book Value.**   In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to the Debtors.  Accordingly, unless otherwise indicated, the TopCo Debtors' Schedules and Statements reflect net book values as of the TopCo Petition Date.  Market values may vary, in some instances, materially, from net book values.  The TopCo Debtors believe that it would be an inefficient use of estate assets for the TopCo Debtors to obtain the current market values of their property.  Accordingly, the TopCo Debtors have indicated in the TopCo Schedules and Statements that the market values of certain assets and liabilities are undetermined.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these TopCo Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the TopCo Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the TopCo Debtors with respect to such asset.

7

(d)      **Contingent Claim.**  A claim that is dependent on the realization of some uncertain future event is a "contingent" claim.

(e)      **Undetermined Amounts.**  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(f)      **Unliquidated Amounts.**  Amounts that could not be fairly quantified by the TopCo Debtors are scheduled as "unliquidated."

(g)      **Disputed Claim.**  A claim with respect to which the applicable TopCo Debtor and the claimant disagree as to whether the amount owed, whether any amount is owed, the priority of the claim, or otherwise is "disputed."

(h)      **Totals.**  All totals that are included in the TopCo Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(i)      **Liens.**  Any inventory, property, and equipment listed in the TopCo Schedules and Statements is presented without consideration of any liens.

(j)      **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(k)      **Liabilities.**  The TopCo Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the TopCo Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  The TopCo Debtors reserve the right to amend the TopCo Schedules and Statements and these TopCo Global Notes as they deem appropriate in this and all other regards.

(l)      **Excluded Assets and Liabilities.**  The TopCo Debtors have excluded certain categories of assets and liabilities from the TopCo Schedules and Statements, including, but not limited to: certain deferred charges, investments in subsidiaries, reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets; deferred tax liabilities; and other intangibles; deferred revenue accounts; and certain accrued liabilities, including salaries and employee benefits. The TopCo Debtors have also excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist.  Other immaterial assets and liabilities may also have been excluded.

(m)      **Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the TopCo Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the TopCo Debtors or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the TopCo Debtors on a postpetition basis on account of such

credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The TopCo Debtors reserve all rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the TopCo Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a postpetition basis.

(n)     **Setoffs.** The TopCo Debtors may periodically incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes. Although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the TopCo Schedules and Statements. The TopCo Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

6.     **Global Notes Control.** These TopCo Global Notes pertain to and comprise an integral part of each of the TopCo Schedules and Statements and should be referenced in connection with any review thereof. In the event that the TopCo Schedules and Statements conflict with these TopCo Global Notes, these TopCo Global Notes shall control.

7.     **Specific Schedules Disclosures.**

(a)     **Schedules Summary.** Except as otherwise noted, the asset totals represent amounts as of the TopCo Petition Date and liability information provided herein represents the Debtors' liabilities as of the TopCo Petition Date.

(b)     **Schedule A/B, Part 1 – Bank Accounts.** The TopCo Debtors do not maintain any bank accounts.

(c)     **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** To the extent that a TopCo Debtor has ownership interests in its subsidiaries, such interests have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

(d)     **Schedule D – Creditors Who Have Claims Secured by Property.** The TopCo Debtors have made reasonable efforts to report all secured claims against the TopCo Debtors on Schedule D based on the TopCo Debtors' books and records as of the Petition Date. However, the actual value of claims against the TopCo Debtors may vary significantly from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any secured creditor's allowed claims or the correct amount of all secured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in interest should consult their own professionals

and advisors with respect to pursuing a claim.  Although the TopCo Debtors and their professionals have generated financial information and data the TopCo Debtors believe to be reasonable, actual liabilities (and assets) may deviate significantly from the TopCo Schedules due to certain events that occur throughout these Chapter 11 Cases.

Except as specifically stated herein, lessors of real property and equipment, utility companies, and any other parties which may hold security deposits or other security interests, have not been listed on Schedule D.  The TopCo Debtors have also not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments.

Although the TopCo Debtors may have scheduled claims of various creditors as secured claims, the TopCo Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim (except as otherwise agreed to or stated pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final).  The TopCo Debtors have not included on Schedule D the claims of any parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these TopCo Global Notes or in the TopCo Schedules and Statements shall be deemed a modification, interpretation, or an acknowledgment of the terms of such agreements or related documents.

(e)     **Schedule E/F – Creditors Who Have Unsecured Claims.**

The TopCo Debtors have made reasonable efforts to report all priority and general unsecured claims against the TopCo Debtors on Schedule E/F based on the TopCo Debtors' books and records as of the TopCo Petition Date.  However, the actual value of claims against the TopCo Debtors may vary significantly from the represented liabilities.  Certain claims on E/F may have been satisfied post-petition by the TopCo Debtors or third parties.  Furthermore, accrued interest for some claims may not have been possible to determine.  Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the TopCo Schedules.  Parties in interest should consult their own professionals and advisors with respect to pursuing a claim.  Although the TopCo Debtors and their professionals have generated financial information and data the TopCo Debtors believe to be reasonable, actual liabilities (and assets) may deviate

significantly from the TopCo Schedules due to certain events that occur throughout these Chapter 11 Cases.

The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F were incurred or arose, updating that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule E/F.

*Part 1 - Creditors with Priority Unsecured Claims.* The TopCo Debtors included certain claims owing to various taxing authorities to which the TopCo Debtors may be liable. Priority unsecured tax claims are listed as contingent or unliquidated since they may have been paid through first day relief. Moreover, the inclusion of any amounts owed to taxing authorities does not constitute an admission by the TopCo Debtors of such liability.

The TopCo Debtors reserve the right to assert that any claim listed on Schedule E/F does not constitute a priority claim under the Bankruptcy Code.

*Part 2 - Creditors with Nonpriority Unsecured Claims.* The TopCo Debtors have used reasonable efforts to report all general unsecured claims against the TopCo Debtors in Schedule E/F, Part 2, based upon the Debtors' books and records as of the Petition Date. The TopCo Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the TopCo Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities, which have been listed on a gross accounts payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

(f)     **Schedule G – Executory Contracts and Unexpired Leases.** The TopCo Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract. Any and all of the TopCo Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. In addition, the TopCo Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all TopCo Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

The names of employees, consultants, or other individuals have been redacted for privacy purposes.

Certain information, such as the contact information or addresses of the counterparty, may not be included where such information could not be obtained using the TopCo Debtors' reasonable efforts.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the TopCo Petition Date or is valid or enforceable.  Expired contracts and leases may have also been inadvertently included.  The TopCo Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the TopCo Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements, letter agreements, employment-related agreements, and confidentiality and non-disclosure agreements, which may not be set forth in Schedule G.  The TopCo Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The TopCo Debtors have reserved all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

Although the TopCo Debtors have made diligent attempts to attribute an executory contract to its rightful TopCo Debtor, in certain instances, the TopCo Debtors may have inadvertently failed to do so due to the complexity and size of the TopCo Debtors' businesses.  Accordingly, the TopCo Debtors reserve all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The TopCo Debtors' rights under the Bankruptcy Code with respect to any such omitted contract or agreement is not impaired by the omission.  Certain TopCo Debtors are guarantors and parties to guaranty agreements regarding the TopCo Debtors' prepetition credit facility.  The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

8.   **Specific Statements Disclosures.**

(a)   **Statements, Part 3, Question 7 – Legal Actions or Assignments.**  The TopCo Debtors have made reasonable best efforts to identify all current pending litigation and legal proceedings involving the TopCo Debtors.  The TopCo Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and legal

proceedings.  The listing of such suits and proceedings shall not constitute an admission by the TopCo Debtors of any liabilities or that the actions or proceedings were correctly filed against the TopCo Debtors.

(b)     **Statement, Part 13, Question 25 –** Information listed in Question 25 is based on best historical corporate structure information available.  Certain dates of ownership may be approximate and certain historical address information may be unavailable for entities that no longer exist.

(c)     **Statements, Part 13, Question 26 – Books, records, and financial statements.** Since the TopCo Debtors are essentially holding companies with limited assets and liabilities, they have very limited financial books and records.  The TopCo Debtors have historically provided financial information to various interested parties over the past two years, including, but not limited to, insurance carriers, lenders and financial institutions, landlords, material vendors, advisors, regulatory and state agencies and others.  The TopCo Debtors do not maintain records of the parties who have requested or obtained copies.

(d)     **Statements, Part 13, Question 28 and 29 – Current and Former Officer and Directors.**  While the TopCo Debtors have made reasonable best efforts to list all applicable officers and directors for each TopCo Debtor in response to Statement Questions 28 and 29, some may have been omitted.  Disclosures relate specifically to terminated job titles or positions and are not indicative of the individuals' current employment status with the TopCo Debtors.  As to each TopCo Debtor, an individual or entity designated as an officer or director does not necessarily qualify such entity as an "insider" for purposes of the TopCo Schedules and Statements if such individual or entity, based on the totality of the circumstances, does not have a controlling interest in, or exercise sufficient authority over, the TopCo Debtor so as to direct corporate policy and the disposition of corporate assets.

*        *        *        *        *

**Fill in this information to identify the case:**

Debtor name ___Chamber Inc.___

United States Bankruptcy Court for the: ___Northern District of Texas, Dallas Division___

Case number (If known): ___25-33651 (SGJ)___

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:  Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................................................

   $ _____ Undetermined

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................................................

   $ _____ Undetermined

---

**Part 2:  Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................

   $ _____ Undetermined

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................

   $ _____ Undetermined

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................................

   + $ _____ Undetermined

4. **Total liabilities** ......................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ Undetermined

---

*Plus Undetermined Amounts

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  Chamber Inc.

United States Bankruptcy Court for the:   Northern District of Texas, Dallas Division

Case number (If known)  25-33651 (SGJ)

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☑  No. Go to Part 2.

    ☐  Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.  **Cash on hand**                                                                                    $ _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 _____ | _____ | __ __ __ __ | $ _____ |
| 3.2 _____ | _____ | __ __ __ __ | $ _____ |

4.  **Other cash equivalents** *(Identify all)*

| 4.1 _____ | $ _____ |
|---|---|
| 4.2 _____ | $ _____ |

5.  **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ _____ 0.00

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑  No.Go to Part 3.

    ☐  Yes. Fill in the information below.                                                    Current value of debtor's interest

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

| 7.1 _____ | $ _____ |
|---|---|
| 7.2 _____ | $ _____ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____ $ _____

8.2 _____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.     $ _____ 0.00

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less: _____ — _____ = ...... → $ _____

     face amount      doubtful or uncollectible accounts

11b. Over 90 days old: _____ — _____ = ...... → $ _____

     face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ _____ 0.00

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 None | | $ 0.00 |
|---|---|---|
| 14.2 | | $ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:      % of ownership:

| 15.1 See Attached Rider | % | | $ Undetermined |
|---|---|---|---|
| 15.2 | % | | $ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 None | | $ 0.00 |
|---|---|---|
| 16.2 | | $ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.     $ Undetermined

*Plus Undetermined Amounts

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value  $ _____   Valuation method _____   Current value  $ _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops–either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | | $ _____ |

Case 25-33651-sgj11   Doc 5   Filed 09/24/25   Entered 09/24/25 17:37:25   Desc Main
Document      Page 18 of 42

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    　☐ No

    　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $ _____   Valuation method _____   Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | $ | | $ |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ | | $ |
| 42.2 _____ | $ | | $ |
| 42.3 _____ | $ | | $ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor    Chamber Inc.
Name

Case number (If known) 25-33651 (SGJ)

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☒ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   | $ | 0.00 |
   |---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

Debtor ___Chamber Inc._____    Case number (if known) __25-33651 (SGJ)__
        Name

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65. **Goodwill** | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____ 0.00

---

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

| None | | | | | | |
|---|---|---|---|---|---|---|
| | Total Face Amount | — Doubtful or uncollectible Amount | = → | $ | | 0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| See Attached Rider | Tax Year | $ | 0.00 |
|---|---|---|---|
| | Tax Year | $ | |
| | Tax Year | $ | |

**73. Interests in insurance policies or annuities**

| See Attached Rider | $ | Undetermined |
|---|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**

**Amount Requested**   $

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**

**Amount Requested**   $

**76. Trusts, equitable or future interests in property**

| None | $ | 0.00 |
|---|---|---|

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| None | $ | 0.00 |
|---|---|---|
| | $ | |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $ | Undetermined |
|---|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**\*Plus Undetermined Amounts**

| Debtor | Chamber Inc. | Case number (If known) | 25-33651 (SGJ) |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................. → | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ Undetermined | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ Undetermined | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92..................................................................... $ Undetermined

**\*Plus Undetermined Amounts**

Debtor Name:  Chamber Inc.                                                    Case Number:  25-33651 (SGJ)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Ivy Holdings Inc. | 100.0% | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Chamber Inc.

Case Number:  25-33651 (SGJ)

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local) | Tax year | Current value of debtor's interest |
|---|---|---|
| **TOTAL** | | $0.00 |

The Debtor has generated and currently holds certain federal and state net operating losses ("NOLs"), which, subject to applicable limitations under federal and relevant state tax laws, may be available to offset future taxable income.

Debtor Name:  Chamber Inc.                                                                                    Case Number:  25-33651 (SGJ)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| RSUI Indemnity Company | Directors & Officers Liability | NDP712757 | Undetermined |
| Freedom Specialty Insurance Company | Excess Directors & Officers Liability | XMF2410469 | Undetermined |
| Ascot Insurance Company | Excess Directors & Officers Liability | MLXS2410000572-04 | Undetermined |
| Hudson Insurance Company | Excess Directors &  Officers Liability | HN-0303-7551-120124 | Undetermined |
| Markel American Insurance Company | Excess Directors &  Officers Liability | MKLM3MXM000716 | Undetermined |
| Bridgeway Insurance Company | Excess Directors &  Officers Liability | 8JA7PX0002194-01 | Undetermined |
| Wesco Insurance Company | Excess Directors &  Officers Liability | EUW1909884-03 | Undetermined |
| StarStone Specialty Insurance Company | Excess Directors &  Officers Liability | DNO00013491P-03 | Undetermined |
| Obsidian Specialty Insurance Company | Excess Directors &  Officers Liability | OII-587-DOX-1-2024-3-P | Undetermined |
| North River Insurance Company | Excess Directors &  Officers Liability | 575-103468-6 | Undetermined |
| Lloyd's of London | Excess Directors &  Officers Liability | CUAI0686-03 | Undetermined |
| Capitol Specialty Insurance Corporation | Side-A DIC | DO20211038-04 | Undetermined |
| Associated Industries Insurance Co, Inc | Excess Side-A DIC | ANV156845A | Undetermined |
| General Security National Insurance Company | Excess Side-A DIC | FA0109864-2024-1 | Undetermined |
| Gemini Insurance Company | Excess Side-A DIC | BPRO8117787 | Undetermined |
| XL Specialty Insurance Company | Excess Side-A DIC | ELU201261-24 | Undetermined |
| Argonaut Insurance Company | Excess Side-A DIC | MLX4262701-3 | Undetermined |
| Scottsdale Insurance Company (Nationwide) | Employment Practices Liability | PHS2408766 | Undetermined |
| RSUI Indemnity Company | Excess Employment Practices Liability | NHS712104 | Undetermined |
| Endurance Risk Solutions Assurance Co. | Excess Employment Practices Liability | MPX30011650603 | Undetermined |
| Ironshore Indemnity Inc. | Excess Employment Practices Liability | EPL7LAB3L2H004 | Undetermined |
| Hudson Insurance Company | Fiduciary Liability | SFD31211617-04 | Undetermined |
| Endurance Risk Solutions Assurance Co. | Excess Fiduciary Liability | MPX30011652203 | Undetermined |
| Ascot Insurance Company | Excess Fiduciary Liability | MLXS2410001369-02 | Undetermined |

Debtor Name:  Chamber Inc.

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Landmark American Insurance Company | Excess Fiduciary Liability | LHS712217 | Undetermined |
| Starr Indemnity & Liability Company | Excess Fiduciary Liability | 1000622030241 | Undetermined |
| National Union Fire Insurance Compan of Pittsburgh, PA (AIG) (A XV) | Primary Crime | 01-621-67-91 | Undetermined |
| Berkley Insurance Company (A+ XV) | Excess Crime | BCCR-45001913-31 | Undetermined |
| Beazley Insurance Company, Inc. | Excess Crime | V204B3240801 | Undetermined |
| National Union Fire Ins. Co. (A XV) | Corporate Counsel Professional Liability | 01-615-44-94 | Undetermined |
| Illinois Union Insurance Company | Pollution | PPI G2784019A 010 | Undetermined |
| Lloyd's of London (Brit/Ki) (A XV) | Technology E&O & Cyber Liability (Security & Privacy) | MEDTE2401129 | Undetermined |
| Lloyd's of London (Axis/Indigo) (A+ XV) | Technology E&O & Cyber Excess Liability (Security & Privacy) | MEDTE2403198 | Undetermined |
| Endurance American Specialty Insurance Company (A+ XV) | Cyber Liability (Excess Security & Privacy) | CVX30069627700 | Undetermined |
| QBE Specialty Insurance (A XV) | Cyber Liability (Excess Security & Privacy) | 130008206 | Undetermined |
| Allied World Specialty Insurance Company (A XV) | Cyber Liability (Excess Security & Privacy) | 0313-1110 | Undetermined |
| | **TOTAL** | | $0.00 |
| | | | + Undetermined Amounts |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Chamber Inc. |
| United States Bankruptcy Court for the: | Northern District of Texas, Dallas Division |
| Case number (If known): | 25-33651 (SGJ) |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>**Amount of Claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**2.1**

| **Creditor's name**<br>PENSION BENEFIT GUARANTY CORPORATION | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| | | $      Undetermined | $      Undetermined |

**Creditor's mailing address**
445 12TH STREET SW
WASHINGTON, DC 20024-2101

**Describe the lien**
PBGC Lien Claim

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| | | $ _____ | $ _____ |

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ _____

| Debtor | Chamber Inc. | | Case number (If known): | 25-33651 (SGJ) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Chamber Inc. |
| United States Bankruptcy Court for the: | Northern District of Texas, Dallas Division |
| Case number (if known) | 25-33651 (SGJ) |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>CALIFORNIA FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Income Tax Liabilities | $          Undetermined | $          Undetermined |
| | **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.2** | **Priority creditor's name and mailing address**<br>INTERNAL REVENUE SERVICE<br>ATTN: CENTRALIZED INSOLVENCY OPERATION<br>300 N LOS ANGELES STREET<br>LOS ANGELES, CA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Income Tax Liabilities | $          Undetermined | $          Undetermined |
| | **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.3** | **Priority creditor's name and mailing address**<br>RHODE ISLAND DIVISION OF TAXATION<br>1 CAPITOL HILL<br>PROVIDENCE, RI 02908 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Income Tax Liabilities | $          Undetermined | $          Undetermined |
| | **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

---

Debtor    Chamber Inc.
          Name                                                          Case number (If known)  25-33651 (SGJ)

---

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

| | | |
|---|---|---|
| **2.4** **Priority creditor's name and mailing address** | $  Undetermined | $  Undetermined |

STATE OF CT DEPARTMENT OF REVENUE
SERVICES
450 COLUMBUS BLVD.
HARTFORD, CT 06103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Income Tax Liabilities

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.5** **Priority creditor's name and mailing address**                              $ _____   $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6** **Priority creditor's name and mailing address**                              $ _____   $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7** **Priority creditor's name and mailing address**                              $ _____   $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____
     Name

Case number (if known) 25-33651-sgj11

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

---

**3.1** | **Nonpriority creditor's name and mailing address**
MICHAEL A. HEATHER
C/O: CATANZARITE LAW CORPORATION
2331 W. LINCOLN AVE.
ANAHEIM, CA 92801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Arbitration Matter

$                  Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.2** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Pending Arbitration Matter (Co-Defendant)

$                  Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.3** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Pending Arbitration Matter (Co-Defendant)

$                  Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.4** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Pending Arbitration Matter (Co-Defendant)

$                  Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.5** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
C/O: MORALES, FIERRO & REEVES LLP
ATTN: WILLIAM REEVES
1440 MARIA LANE
SUITE 200
WALNUT CREEK, CA 94596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Pending Arbitration Matter (Co-Defendant)

$                  Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.6** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Pending Arbitration Matter (Co-Defendant)

$                  Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Pending Arbitration Matter (Co-Defendant)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Pending Arbitration Matter (Co-Defendant)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Pending Arbitration Matter (Co-Defendant)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.10** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Pending Arbitration Matter (Co-Defendant)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.11** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

| Debtor | Chamber Inc. | | Case number (if known): | 25-33651 (SGJ) |
| | Name | | | |

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.1<br><br>☐ Not listed.  Explain | |
| 4.2 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.5<br><br>☐ Not listed.  Explain | |
| 4.3 | | Line<br><br>☐ Not listed.  Explain | |
| 4.4 | | Line<br><br>☐ Not listed.  Explain | |
| 4.5 | | Line<br><br>☐ Not listed.  Explain | |
| 4.6 | | Line<br><br>☐ Not listed.  Explain | |
| 4.7 | | Line<br><br>☐ Not listed.  Explain | |
| 4.8 | | Line<br><br>☐ Not listed.  Explain | |
| 4.9 | | Line<br><br>☐ Not listed.  Explain | |

Debtor    Chamber Inc.

Case 25-33651-sgj11    Doc 5    Filed 09/24/25    Entered 09/24/25 17:37:25    Desc Main
Document    Page 34 of 42
Case number (If known)    25-33651 (SGJ)

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
|  |  |  | + Undetermined Amounts |
| 5b. | **Total claims from Part 2** | 5b. ✚ | $ 0.00 |
|  |  |  | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 0.00 |
|  |  |  | + Undetermined Amounts |

| Fill in this information to identify the case: |
| --- |

Debtor name    Chamber Inc.

United States Bankruptcy Court for the:   Northern District of Texas, Dallas Division

Case number (If known):   25-33651 (SGJ)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Cyber Liability (Excess Security & Privacy) Insurance Policy 0313-1110 | ALLIED WORLD SPECIALTY INSURANCE COMPANY (A XV)<br>1690 NEW BRITAIN AVENUE<br>SUITE 101<br>FARMINGTON, CT 06032 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Excess Side-A DIC Insurance Policy MLX4262701-3 | ARGONAUT INSURANCE COMPANY<br>711 BROADWAY<br>SUITE 400<br>SAN ANTONIO, TX 78215 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Excess Directors & Officers Liability Insurance Policy MLXS2410000572-04 | ASCOT INSURANCE COMPANY<br>55 W. 46TH STREET<br>26TH FLOOR<br>NEW YORK, NY 10036 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Excess Fiduciary Liability Insurance Policy MLXS2410001369-02 | ASCOT INSURANCE COMPANY<br>55 W. 46TH STREET<br>26TH FLOOR<br>NEW YORK, NY 10036 |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Excess Side-A DIC Insurance Policy ANV156845A | ASSOCIATED INDUSTRIES INSURANCE CO, INC<br>903 NW 65TH STREET<br>BOCA RATON, FL 33487-2864 |

Debtor  Chamber Inc.
_____
Name

Case number (If known):   25-33651 (SGJ)

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Excess Crime Insurance Policy V204B3240801<br><br>BEAZLEY INSURANCE COMPANY, INC.<br>65 MEMORIAL ROAD<br>SUITE 320<br>WEST HARTFORD, CT 06107 |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Excess Crime Insurance Policy BCCR-45001913-31<br><br>BERKLEY INSURANCE COMPANY<br>433 SOUTH MAIN STREET<br>SUITE 200<br>WEST HARTFORD, CT 06110 |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Excess Directors & Officers Liability Insurance Policy 8JA7PX0002194-01<br><br>BRIDGEWAY INSURANCE COMPANY<br>555 COLLEGE ROAD E.<br>PRINCETON, NJ 08543 |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Side-A DIC Insurance Policy DO20211038-04<br><br>CAPITOL SPECIALTY INSURANCE CORPORATION<br>1600 ASPEN COMMONS<br>SUITE 300<br>MIDDLETON, WI 53562 |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Cyber Liability (Excess Security & Privacy) Insurance Policy CVX30069627700<br><br>ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Excess Fiduciary Liability Insurance Policy MPX30011652203<br><br>ENDURANCE RISK SOLUTIONS ASSURANCE CO.<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Excess Employment Practices Liability Insurance Policy MPX30011650603<br><br>ENDURANCE RISK SOLUTIONS ASSURANCE CO.<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |

| Debtor | Chamber Inc. | | |
|---|---|---|---|
| | Name | Case number (If known): | 25-33651 (SGJ) |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Excess Directors & Officers Liability Insurance Policy XMF2410469 | FREEDOM SPECIALTY INSURANCE COMPANY 7 WORLD TRADE CENTER 250 GREENWICH STREET 37TH FLOOR NEW YORK, NY 10007 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Excess Side-A DIC Insurance Policy BPRO8117787 | GEMINI INSURANCE COMPANY 99 SUMMER ST. SUITE 1800 BOSTON, MA 02110 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Excess Side-A DIC Insurance Policy FA0109864-2024-1 | GENERAL SECURITY NATIONAL INSURANCE COMPANY 28 LIBERTY STREET SUITE 5400 NEW YORK, NY 10005 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Excess Directors & Officers Liability Insurance Policy HN-0303-7551-120124 | HUDSON INSURANCE COMPANY 100 WILLIAM STREET 5TH FLOOR NEW YORK, NY 10038 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Fiduciary Liability Insurance Policy SFD31211617-04 | HUDSON INSURANCE COMPANY 100 WILLIAM STREET 5TH FLOOR NEW YORK, NY 10038 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Pollution Insurance Policy PPI G2784019A 010 | ILLINOIS UNION INSURANCE COMPANY P.O. BOX 1000 436 WALNUT STREET - WA 07A PHILADELPHIA, PA 19106 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Excess Employment Practices Liability Insurance Policy EPL7LAB3L2H004 | IRONSHORE SPECIALTY INSURANCE COMPANY 300 S. WACKER DRIVE 7TH FLOOR CHICAGO, IL 60606 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Chamber Inc.
          Name
                                                                Case number (If known):   25-33651 (SGJ)

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Excess Fiduciary Liability Insurance Policy LHS712217 | LANDMARK AMERICAN INSURANCE COMPANY 945 EAST PACES FERRY RD. ATLANTA, GA 30326 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Technology E&O & Cyber Excess Liability (Security & Privacy) Insurance Policy MEDTE2403198 | LLOYD'S OF LONDON ONE LIME STREET LONDON, EC3M 7HA UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Excess Directors & Officers Liability Insurance Policy CUAI0686-03 | LLOYD'S OF LONDON ONE LIME STREET LONDON, EC3M 7HA UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Technology E&O & Cyber Liability (Security & Privacy) Insurance Policy MEDTE2401129 | LLOYD'S OF LONDON ONE LIME STREET LONDON, EC3M 7HA UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Excess Directors & Officers Liability Insurance Policy MKLM3MXM000716 | MARKEL AMERICAN INSURANCE COMPANY 4521 HIGHWOODS PARKWAY GLEN ALLEN, VA 23060 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Counsel Professional Liability Insurance Policy 01-615-44-94 | NATIONAL UNION FIRE INS. CO. 1271 AVE. OF THE AMERICAS FLOOR 37 NEW YORK, NY 10020-1304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Primary Crime Insurance Policy 01-621-67-91 | NATIONAL UNION FIRE INSURANCE COMPAN OF PITTSBURGH, PA 1271 AVE. OF THE AMERICAS FLOOR 35 NEW YORK, NY 10020-1304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Chamber Inc. | Case number (If known): 25-33651 (SGJ) |
| | Name | |

| ![black box] | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Excess Directors & Officers Liability Insurance Policy 575-103468-6 | NORTH RIVER INSURANCE COMPANY 305 MADISON AVENUE MORRISTOWN, NJ 07960 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Excess Directors & Officers Liability Insurance Policy OII-587-DOX-1-2024-3-P | OBSIDIAN SPECIALTY INSURANCE COMPANY 1330 AVENUE OF THE AMERICAS SUITE 23A NEW YORK, NY 10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Cyber Liability (Excess Security & Privacy) Insurance Policy 130008206 | QBE SPECIALTY INSURANCE ONE QBE WAY SUN PRAIRIE, WI 53596 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Directors & Officers Liability Insurance Policy NDP712757 | RSUI INDEMNITY COMPANY 945 EAST PACES FERRY ROAD SUITE 1800 ATLANTA, GA 30326 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Excess Employment Practices Liability Insurance Policy NHS712104 | RSUI INDEMNITY COMPANY 945 EAST PACES FERRY ROAD SUITE 1800 ATLANTA, GA 30326 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Employment Practices Liability Insurance Policy PHS2408766 | SCOTTSDALE INSURANCE COMPANY (NATIONWIDE) 8877 N. GAINEY CENTER DRIVE SCOTTSDALE, AZ 85258 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Excess Fiduciary Liability Insurance Policy 1000622030241 | STARR INDEMNITY & LIABILITY COMPANY 399 PARK AVENUE 2ND FLOOR NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Chamber Inc.
_____     Case number (If known): 25-33651 (SGJ)
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Excess Directors & Officers Liability Insurance Policy DNO00013491P-03<br><br>STARSTONE SPECIALTY INSURANCE COMPANY<br>210 E. FIFTH STREET<br>SUITE 1200<br>CINCINNATI, OH 45202 |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Excess Directors & Officers Liability Insurance Policy EUW1909884-03<br><br>WESCO INSURANCE COMPANY<br>800 SUPERIOR AVENUE E<br>21ST FLOOR<br>CLEVELAND, OH 44114 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Excess Side-A DIC Insurance Policy ELU201261-24<br><br>XL SPECIALTY INSURANCE COMPANY<br>SEAVIEW HOUSE<br>70 SEAVIEW AVENUE<br>STAMFORD, CT 06902 |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name    Chamber Inc.

United States Bankruptcy Court for the:    Northern District of Texas, Dallas Division

Case number (If known):    25-33651 (SGJ)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Chamber Inc.

United States Bankruptcy Court for the:  Northern District of Texas, Dallas Division

Case number (If known)  25-33651 (SGJ)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/24/2025
          MM / DD / YYYY

X  /s/ Paul Rundell
   Signature of individual signing on behalf of debtor

   Paul Rundell
   Printed name

   Chief Restructuring Officer
   Position or relationship to debtor